Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA CALVILLO, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; AND INNOVIS DATA SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:19-cv-00279-JAD-PAL <br><br> **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF MARIA CALVILLO'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)** <br><br> Complaint filed: February 14, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Maria Calvillo ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on February 14, 2019. Experian was served on February 19, 2019, and the deadline for Experian to respond to the Complaint is currently March 12, 2019. Plaintiff and Experian stipulate and agree that Experian shall have until April 2, 2019 to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to

investigate Plaintiff's claims.  Moreover, Experian's counsel was only recently retained on March 4, 2019.

**IT IS SO STIPULATED.**

DATED this 5th day of March, 2019.　　　　NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
　　Jennifer L. Braster (NBN 9982)
　　Andrew J. Sharples (NBN 12866)
　　jbraster@nblawnv.com
　　asharples@nblawnv.com
　　1050 Indigo Drive, Suite 200
　　Las Vegas, NV 89145

　　*Attorneys for Defendant*
　　*Experian Information Solutions, Inc.*

DATED this 5th day of March, 2019.　　　　KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
　　Matthew I. Knepper (NBN 12796)
　　Miles N. Clark (NBN 13848)
　　10040 W. Cheyenne Ave., Suite 170-109
　　Las Vegas, NV 89129

　　David H. Krieger (NBN 9086)
　　HAINES & KRIEGER
　　8985 S. Eastern Avenue, Suite 350
　　Las Vegas, NV 89123

　　*Attorneys for Plaintiff Maria Calvillo*

**IT IS SO ORDERED.**

Dated this 7th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000