Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CALVILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:19-cv-00279-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiff Maria Calvillo ("Plaintiff"), by and through her counsel of record, and Defendant Experian Information Solutions, Inc., ("Experian") have agreed and stipulated to the following:

1. On February 14, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On April 2, 2019, Experian filed a Motion to Dismiss the Complaint [ECF Dkt.7].

3. On April 16, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 10].

4. On April 30, 2019 Experian filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 12].

5. Plaintiff's Response is due May 14, 2019.

6. Plaintiff and Experian have agreed to extend Plaintiff's response ten days in order to allow Plaintiffs' counsel to address Experian's pending motion to dismiss and consult with Plaintiff prior to filing the response. As a result, both Plaintiff and Experian hereby request that this Court to extend the date for Plaintiff to respond to Experian's Motion to Dismiss Amended Complaint until **May 24, 2019**.

///

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated May 6, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Cheryl L. O'Connor, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 14745 |
| Email: dkrieger@hainesandkrieger.com | Email: coconnor@jonesday.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

*Calvillo v. Experian Information Solutions, Inc et al*
2:19-cv-00279-JAD-PAL

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### EXPERIAN'S MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/8/2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3