Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA CALVILLO, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; and INNOVIS DATA SOLUTIONS, INC., <br><br> Defendants. | Case No.: 2:19-cv-00279-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION TO STAY CASE AND MOTION FOR PROTECTIVE ORDER** <br><br> **[FIRST REQUEST]** |

Plaintiff Maria Calvillo ("Plaintiff"), by and through his counsel of record, and Defendant Experian Information Solutions, Inc. ("Experian") have agreed and stipulated to the following:

1. On May 3, 2019, Experian filed a Motion to Stay Case [ECF Dkt. 18].

2. On May 3, 2019, Experian filed a Motion for Protective Order [ECF Dkt. 19].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION TO STAY CASE AND MOTION FOR PROTECTIVE ORDER [FIRST REQUEST] - 1

3. Plaintiff's Responses for both motions are due May 17, 2019.

4. Plaintiff and Experian have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel additional time to prepare a response due to a heavy briefing schedule and an out of town court hearing. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to respond to Experian's Motion to Stay Case and Motion for Protective Order until **May 24, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated May 17, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Cheryl O'Connor, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 14745 |
| Email: dkrieger@hainesandkrieger.com | Email: coconnor@jonesday.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION TO STAY CASE and MOTION FOR PROTECTIVE ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 21, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION TO STAY CASE AND MOTION FOR PROTECTIVE ORDER [FIRST REQUEST] - 2