Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CALVILLO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; AND INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:19-cv-00279-JAD-PAL<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF MARIA CALVILLO'S STIPULATION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTION TO STAY DISCOVERY AND MOTION FOR PROTECTIVE ORDER**<br>**(First Request)**<br><br>Complaint filed: February 14, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Maria Calvillo ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Defendant to file its replies in support of Experian's Motion to Stay Discovery and Motion for Protective Order (ECF Nos. 18, 19) pursuant to LR IA 6-1.

On May 3, 2019, Experian filed its Motion to Stay Discovery and Motion for Protective Order. (ECF Nos. 18, 19). Thereafter, the parties entered into a stipulation to extend the time for Plaintiff to file her responses, and Plaintiff filed her responses on May 24, 2019. (ECF Nos. 23, 25, 26). Experian's replies are currently due May 31, 2019. The parties agree that Experian shall have a one-week extension or until June 7, 2019 to file its replies in support of its Motion to Stay

Discovery and Motion for Protective Order.

This is Experian's first request for an extension of time to file its replies in support of its Motion to Stay Discovery and Motion for Protective Order and is not intended to cause any delay or prejudice to any party, but rather to allow Experian additional time to respond to the arguments set forth in Plaintiff's responses.

**IT IS SO STIPULATED.**

DATED this 30th day of May, 2019.    NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
jbraster@nblawnv.com
asharples@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 30th day of May, 2019.    KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger (NBN 9086)
HAINES & KRIEGER
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Maria Calvillo*

**IT IS SO ORDERED.**

Dated this 31st day of May, 2019.

UNITED STATES MAGISTRATE JUDGE