Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CALVILLO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; AND INNOVIS DATA SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:19-cv-00279-JAD-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF MARIA CALVILLO'S STIPULATION TO EXTEND TIME TO RESPOND TO OPERATIVE COMPLAINT**<br><br>**[First Request]**<br><br>Complaint filed: February 14, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Maria Calvillo ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time to respond to the operative complaint. The parties stipulate as follow:

    1.    On March 23, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to amend certain claims. (ECF No. 48, hereinafter "the Order").

    2.    The Court ordered that Plaintiff shall have until April 13, 2020, to file a second-amended complaint should Plaintiff elect to do so. (*Id.*).

3. Plaintiff has stated that she intends to file a second-amended complaint.

4. Experian's response to the second-amended complaint shall be due May 4, 2020.

5. To the extent Plaintiff does not file a second-amended complaint by April 13, 2020, then Experian's response to the first amended complaint shall be due May 4, 2020.

**IT IS SO STIPULATED.**

DATED this 27th day of March, 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>jbraster@nblawnv.com<br>asharples@nblawnv.com<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger (NBN 9086)<br>HAINES & KRIEGER<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Maria Calvillo* |

**IT IS SO ORDERED.**

Dated this 30 day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE