Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CALVILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; AND INNOVIS DATA SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 2:19-cv-00279-JAD-BNW<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF MARIA CALVILLO'S AMENDED STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND DENYING AS MOOT ORIGINAL STIPULATION**<br><br>**[ECF Nos. 51, 53]** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Maria Calvillo ("Plaintiff"), by and through her counsel of record, hereby submit this amended stipulation to extend the time to file a Second Amended Complaint to permit Experian an opportunity to seek leave pursuant to Local Rule 59-1. The parties stipulate as follow:

1. On March 23, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to amend certain claims. (ECF No. 48, hereinafter "the Order").

2. The Court ordered that Plaintiff shall have until April 13, 2020, to file a second-amended complaint should Plaintiff elect to do so. (*Id.*).

3. Plaintiff has stated that she intends to file a second-amended complaint.

4. Respectfully, Experian intends to file a motion for reconsideration pursuant to LR 59-1 on or before April 20, 2020.

5. The parties agreed that for the sake of judicial economy and to avoid duplicative motion practice, the deadline for Plaintiff to file a second-amended complaint should be tolled until 14 days after the Court rules on Experian's to-be-filed motion for reconsideration or further order of the Court. As such, the parties submitted a Stipulation and proposed order on April 10, 2020, tolling the deadline for Plaintiff to file a second-amended complaint. (ECF No. 51).

6. Because that Stipulation remained pending, on April 13, 2020, Plaintiff filed a Second Amended Complaint out of an abundance of caution. (ECF No. 52).

7. The parties still would prefer tolling the deadline for Plaintiff to file a Second Amended Complaint, and upon entry of this Stipulation and Order tolling that deadline as set forth in paragraph 5 above, Plaintiff's Second Amended Complaint filed on April 13, 2020 (ECF No. 52) is deemed withdrawn.

**IT IS SO STIPULATED.**

DATED this 14th day of April, 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>jbraster@nblawnv.com<br>asharples@nblawnv.com<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger (NBN 9086)<br>HAINES & KRIEGER<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Maria Calvillo* |

**Order**

Good cause appearing, IT IS HEREBY ORDERED that the parties' amended stipulation **[ECF No. 53] is GRANTED** and the parties' original stipulation **[ECF No. 51] is DENIED as moot.**

Dated: April 14, 2020

_____
U.S. District Judge Jennifer A. Dorsey

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000